**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

MINNIE WILLIAMS SMITH                    CIVIL ACTION NO. 19-0595

VERSUS                                                JUDGE S. MAURICE HICKS, JR.

ANDREW SAUL, COMMISSIONER,          MAGISTRATE JUDGE HAYES
U.S. SOCIAL SECURITY ADMINISTRATION

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 17th day of March, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT